**STATEMENT OF FACTS**

Case: 1:23-mj-00196
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 08/04/2023
Description: Complaint W/ Arrest Warrant

Between February 17, 2023, and July 19, 2023, through five undercover ("UC") controlled purchases, DEA agents purchased a total of approximately 4,500 pills containing fentanyl from Jennifer Echeverria Flores in Washington, DC, and Maryland. The pills are blue, marked "M" on one side, and "30" on the other. In communications with the UC, Echeverria Flores indicated that she is working with at least one other individual to engage in a conspiracy to possess with the intent to distribute fentanyl.

The following are the dates, amounts and locations the UC purchased and obtained fentanyl pills from Echeverria Flores:

- February 17, 2023: 998 fentanyl pills (approximately 104 grams), Silver Spring, MD;
- March 16, 2023: 997 fentanyl pills (approximately 104 grams), College Park, MD;
- May 2, 2023: 1,009 fentanyl pills (approximately 109 grams), Washington, DC;
- July 7, 2023: 401 fentanyl pills (approximately 43 grams), Silver Spring, MD; and
- July 19, 2023: 1,100 fentanyl pills (approximately 115 grams), Bladensburg, MD.

The pills bought on February 17, March 16, May 2, and July 7 were analyzed by DEA chemists and tested positive for fentanyl. The pills purchased on July 19 are pending analysis.

On July 28, 2023, Magistrate Judge Robin M. Meriweather issued a two-count criminal complaint against Echeverria Flores (23-MJ-188), charging her with conspiracy to possess with intent to distribute more than 400 grams of fentanyl (from February 17, 2023 to July 19, 2023), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) and 846, and distribution of more than 40 grams of fentanyl (on May 2, 2023), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi). Echeverria Flores was arrested on July 31, 2023, and is currently in custody.

Through its ongoing investigation, the government has established that Edward MONGE is one of Echeverria Flores's co-conspirators and sources of supply. MONGE conspired with Echeverria Flores in connection with each of the controlled purchases as follows:

- Toll record analysis for the phones of Echeverria Flores and MONGE shows that there were numerous calls and text messages between them immediately prior to four of the five controlled purchases (February 17, March 16, July 7 and July 19).

- Historical cell site location information for MONGE's phone shows that he was in the vicinity of the location where the UC made four of the five controlled purchases from Echeverria Flores (February 17, March 16, July 7 and July 19). MONGE and Echeverria Flores have overlapping cell-site location data around the time these purchases were made.

- Security footage obtained from the Holiday Inn in College Park, MD (outside of which the March 16 controlled purchase occurred) shows that Echeverria Flores entered room #2323 a few minutes before the March 16 controlled purchase. Then, after the controlled purchase was completed, she immediately entered the room again. MONGE appears to have been staying in room #2323 on that day. Hotel records show that the room was registered to

Reyna Vasquez, MONGE's girlfriend. Indeed, Vasquez and MONGE had previously stayed at the same Holiday Inn on July 10, 2022. On that day, Prince George's police were called for a domestic disturbance involving MONGE and Vasquez. During the intervention, Prince George's police found a firearm on the nightstand and approximately 12 blue pills, stamped with a "30" on one side and a "M" on the other side, in a clear plastic baggie. MONGE was arrested and charged with possession with intent to distribute, possession of a loaded firearm, possession of a detached magazine with over 10 rounds, and illegal possession of a firearm.

- Echeverria Flores arrived at the agreed-upon location for the May 2 controlled purchase driving a vehicle with an unidentified male in the front passenger seat. While conducting surveillance on July 10, 2023, DEA agents observed the same unidentified male enter MONGE's suspected residence at which law enforcement executed a search warrant on July 31, 2023 and found documents with MONGE's name. At that residence, officers also recovered documents for the rental of a room at the Motel 8 in College Park, MD where Echeverria Flores had been observed dropping off the unidentified male right after the May 2 controlled purchase. The dates for the stay at the Motel 8 were around the same timeframe as the May 2 controlled purchase. Accordingly, the unidentified male is believed to be a co-conspirator of both MONGE's and Echeverria Flores.

    - On April 27, 2023, in negotiations leading up to the May 2 controlled purchase, Echeverria Flores had told the UC that her apparent source of supply, who she referred to as her "boy," had been shot. Your Affiant has reviewed law enforcement records pertaining to MONGE and learned that just four days earlier, on April 23, Montgomery county police responded to a shooting in Silver Spring, MD in which the victim of the shooting was MONGE. MONGE had a single gunshot wound to his right upper leg. The police concluded that MONGE had accidentally shot himself while holding a gun at his waistband. MONGE is believed to have recruited the unidentified male to assist with the May 2 controlled purchase as he was recovering from the gunshot wound.

- Immediately before the July 7 controlled purchase, Echeverria Flores entered the apartment where MONGE was believed to reside. Minutes after the sale was completed, Echeverria Flores went back to the same apartment. Echeverria Flores indicated to the UC that she was going to pay her source of supply. As previously stated, for this purchase, MONGE and Echeverria Flores have overlapping cell-site location data around the time of the sale.

On August 3, 2023, law enforcement agents arrested MONGE in Hyattsville, MD pursuant to an outstanding arrest warrant for him from Fairfax County, VA. MONGE was with his girlfriend, Vasquez, the same woman whose name was on the registration for the Holiday Inn room connected to the March 16 controlled purchase. Upon a search of MONGE, from his left front pocket, officers recovered a clear zip lock back containing pills, U.S currency, and an Android cell phone. From his right front pocket, agents recovered an additional plastic bag containing pills, a Maryland driver's license identifying MONGE, an Apple iPhone, and additional U.S currency. The pills recovered are blueish, marked "M" on one side, and "30" on the other, and are consistent in appearance with the pills purchased from Echeverria Flores. The pills field tested positive for

the presence of fentanyl. The approximate count of the pills recovered was 1,102. The U.S currency seized totaled approximately $1,520.

Based on the foregoing facts, I submit that there is probable cause to believe that MONGE has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) and 846 (Conspiracy to Possess with Intent to Distribute More than 400 Grams of Fentanyl).



_____
SPECIAL AGENT JACQUELINE ABADIR
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of August 2023.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE